**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-2298**

―――――――――

WAYNE BROWNING,

                              Plaintiff - Appellant,

        versus

STATE OF WEST VIRGINIA,

                              Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Joseph Robert Goodwin, District Judge.  (CA-99-582-3)

―――――――――

Submitted:  January 20, 2000          Decided:  January 28, 2000

―――――――――

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Wayne Browning, Appellant Pro Se.  Dawn Ellen Warfield, OFFICE OF THE ATTORNEY GENERAL OF WEST VIRGINIA, Charleston, West Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wayne Browning appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Browning v. State of West Virginia, No. CA-99-582-3 (S.D.W. Va. Aug. 27, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2